UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-7916-GW-ASx | Date | December 2, 2019 |
|---|---|---|---|
| Title | *Daniel Gellman v. Volvo Cars of North America, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: | Attorneys Present for Defendants:
--- | ---
None Present | None Present

**PROCEEDINGS:     IN CHAMBERS - ORDER TO REMAND**

Defendant Volvo was given until November 21, 2019 to file sufficient evidence to identify the members of the limited liability company, and the citizenship of those members. The Court receiving nothing, remands the above-entitled action to the Los Angeles County Superior Court (19STCV17945).

                                                                                          :

                                                     Initials of Preparer    JG